RACHEL LEDERMAN, SBN 130192
MARA VERHEYDEN-HILLIARD, D.C. Bar No. 450031 *appearing pro hac vice*
Partnership for Civil Justice Fund
1720 Broadway, Suite 430
Oakland, CA 94612
415-508-4955
rachel.lederman@justiceonline.org
mvh@justiceonline.org

GABRIELA M. LOPEZ, SBN 288016
The Community Law Office
1720 Broadway, Suite 430
Oakland, CA 94612
415-952-0597
gabriela@oaklandclo.com

BOBBIE STEIN, SBN 113239
503 Dolores St., Suite 201
San Francisco, CA 94110
415-255-0301
Bstein8692@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., ET AL.,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>     Defendants. | Case No: 23-cv-06524-LJC<br><br>**CORRECTED PETITION AND ORDER FOR APPOINTMENT AS GUARDIAN AD LITEM** |

Samer Tawasha declares under penalty of perjury as follows:

1. I am the father of J.T. I am over the age of 18 and reside at 1742 48th Ave., San Francisco CA 94122.

2. J.T. was born to me on March 31, 2010. She is presently thirteen years old.

3. J.T. is a real party in interest in the above-captioned matter. I seek appointment as the minor, J.T.'s, guardian ad litem to represent her interests in this matter.

4. My daughter J.T. has no general guardian, and no previous petition for appointment of a guardian ad litem has been filed.

5. I have no interests adverse to J.T.'s interests.

6. I am a responsible person, fully competent to understand and protect my daughter J.T.'s rights.

WHEREFORE, petitioner declares under penalty of perjury under the laws of the state of California that the foregoing is true and correct and prays that she be appointed guardian ad litem for J.T. to prosecute such action on her behalf.

Dated: 2/2/2024          /S/ *Samer Tawasha*

*Signature Attestation*

I, Rachel Lederman, attest that Samer Tawasha concurred in the filing of this document, in accordance with Civil Local Rule 5-1(i)(3).

Dated: 2/2/2024          /S/ *Rachel Lederman*

**ORDER**

The petition for an order appointing Samer Tawasha as guardian ad litem for minor J.T. is GRANTED.

IT IS SO ORDERED.

Dated: February 5, 2024        _____
                                United States Magistrate Judge