UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.R., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case Nos.  23-cv-06524-LJC<br>         24-cv-00522-LJC<br><br>**SCHEDULING ORDER REGARDING PENDING AND ANTICIPATED MOTIONS** |
| R.P.,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | |

The Court has reviewed the competing proposed schedules in the parties' joint statement filed March 8, 2024 in Case No. 23-cv-06524,[1] and sets the following schedule:

In Case No. 23-cv-06524, Plaintiffs shall file their opposition to Defendants' Motion to Strike no later than March 22, 2024, and their opposition to Defendants' Motion to Dismiss no later than March 29, 2024.[2]

In Case No. 24-cv-00522, Defendant shall answer or otherwise respond to the First

---

[1] Going forward, any filings that pertain to both of these related cases should be filed in both cases.
[2] If Plaintiffs prefer, they may reverse the order of these opposition briefs, addressing the Motion to Dismiss on March 22nd and the Motion to Strike on March 29th. The Court's intent is to allow Defendants to begin work on at least one of their reply briefs after March 22, 2024. If no opposition brief is filed by that date, the Court will consider the opposition to the Motion to Strike untimely.

Amended Complaint no later than March 22, 2024. If Defendant files a motion under Rule 12(b) in lieu of an answer, as the parties appear to anticipate, Plaintiff shall file his opposition to that motion no later than April 5, 2024.

Defendants shall file their reply in support of the Motion to Strike in Case No. 23-cv-06524, and a consolidated reply not exceeding twenty pages addressing the Motions to Dismiss in both cases,[3] no later than April 15, 2024.

An in-person hearing for all motions addressed above will occur on April 30, 2024 at 10:30 AM in Courtroom G. The case management conferences previously set for March 21, 2024 in Case No. 23-cv-06524 and for May 3, 2024 in Case No. 24-cv-00522 are respectively continued and advanced to occur at the same time as the motion hearing.

The parties shall file either a joint case management statement for each case, or a consolidated joint case management statement for both cases, no later than April 23, 2024. This replaces the deadlines previously set for case management statements in both cases.

**IT IS SO ORDERED.**

Dated: March 14, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[3] If Defendants answer rather than move to dismiss in Case No. 24-cv-00522, the default fifteen-page limit will apply to their reply in support of the Motion to Dismiss in Case No. 23-cv-06524.

2