DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
MARGARET S. SCHROEDER, State Bar #178586
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3929 [Berdux]
              (415) 554-3843 [Schroeder]
              (415) 355-3307 [Ikels]
Facsimile:    (415) 554-3837
E-Mail:       sabrina.m.berdux@sfcityatty.org
              deedee.schroeder@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>Defendants. | Case No. 23-cv-06524-LJC<br>Case No. 24-cv-00522-LJC<br><br>**STIPULATION AUTHORIZING THE DISCLOSURE OF PLAINTIFFS' JUVENILE RECORDS AND ORDER REGARDING PRODUCTION OF INDIVIDUAL PLAINTIFFS' JUVENILE RECORDS**<br><br>Re: Dkt. No. 79 (23-cv-06524)<br>Re: Dkt. No. 45 (24-cv-00522)<br><br>Trial Date:    Not Set |
| R.P.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>Defendant. | |

Pursuant to the August 14, 2024 Order regarding Discovery Letters (Dkt. No. 79) requiring Plaintiffs to stipulate to the release and production of their Juvenile Records, Plaintiffs J.T., through her father and guardian Samer Tawasha; L.R., through her mother and guardian Gwen Lee; C.L., through her mother and guardian Naomi Lopez, and Plaintiff R.P., through his guardian and mother, Thidia Penia, along with all other guardians and parents, including attorneys of record (collectively, "Plaintiffs") and Defendants City and County of San Francisco, William Scott, Thomas Harvey, and Matt Sullivan (collectively, "City Defendants") stipulate as follows:

1. Plaintiffs expressly authorize the disclosure of their individual juvenile records, including but not limited to the incident report, arrest record, and Body Worn Camera video of them, in this litigation (collectively, the "Juvenile Records"). Plaintiffs waive, forfeit and relinquish any and all rights or claims related to the mere production and disclosure of their Juvenile Records in this litigation, under federal or state law, including under the California Welfare and Institutions Code, Health and Safety Code, and California privacy laws.

2. Plaintiffs agree and stipulate that their Juvenile Records shall be designated as "Confidential," and not "Attorneys Eyes Only," and will be used, filed and treated in this litigation in accordance with the terms of the Protective Order. Plaintiffs waive all rights or claims that the records will be shielded from production based on rights of privacy under federal law, the California Constitution or California law, including, but not limited to, the Welfare and Institutions Code, Civil Code, Penal Code and Health and Safety Code. Plaintiffs expressly waive and agree the City Defendants are immunized from any and all liability, legal theory, relief and/or claim of any kind related to the mere production of their Juvenile Records in this litigation.

Dated: August 22, 2024

By: _____
Samer Tawasha (Aug 26, 2024 19:00 PDT)
Samer Tawasha (J.T. guardian and parent)

Dated: August 22, 2024

By: _____
Anna Vega (J.T. guardian and parent)

Pursuant to the August 14, 2024 Order regarding Discovery Letters (Dkt. No. 79) requiring Plaintiffs to stipulate to the release and production of their Juvenile Records, Plaintiffs J.T., through her father and guardian Samer Tawasha; L.R., through her mother and guardian Gwen Lee; C.L., through her mother and guardian Naomi Lopez, and Plaintiff R.P., through his guardian and mother, Thidia Penia, along with all other guardians and parents, including attorneys of record (collectively, "Plaintiffs") and Defendants City and County of San Francisco, William Scott, Thomas Harvey, and Matt Sullivan (collectively, "City Defendants") stipulate as follows:

1. Plaintiffs expressly authorize the disclosure of their individual juvenile records, including but not limited to the incident report, arrest record, and Body Worn Camera video of them, in this litigation (collectively, the "Juvenile Records"). Plaintiffs waive, forfeit and relinquish any and all rights or claims related to the mere production and disclosure of their Juvenile Records in this litigation, under federal or state law, including under the California Welfare and Institutions Code, Health and Safety Code, and California privacy laws.

2. Plaintiffs agree and stipulate that their Juvenile Records shall be designated as "Confidential," and not "Attorneys Eyes Only," and will be used, filed and treated in this litigation in accordance with the terms of the Protective Order. Plaintiffs waive all rights or claims that the records will be shielded from production based on rights of privacy under federal law, the California Constitution or California law, including, but not limited to, the Welfare and Institutions Code, Civil Code, Penal Code and Health and Safety Code. Plaintiffs expressly waive and agree the City Defendants are immunized from any and all liability, legal theory, relief and/or claim of any kind related to the mere production of their Juvenile Records in this litigation.

Dated: August 22, 2024

By:_____
Samer Tawasha (J.T. guardian and parent)

Dated: August 22, 2024

By:_____
Anna Vega (J.T. guardian and parent)

Dated: August 22, 2024

By: *Naomi Lopez (Aug 26, 2024 11:06 PDT)*
Naomi Lopez (C.L. guardian and parent)

Dated: August 22, 2024

By: *Fernando Lopez (Aug 26, 2024 11:13 PDT)*
Fernando Lopez (C.L. guardian and parent)

Dated: August 22, 2024

By: _____
Thidia Penia (R.P. guardian and parent)

Dated: August 22, 2024

By: _____
(R.P. guardian and parent)

Dated: August 22, 2024

By: *Gwen Lee (Aug 26, 2024 12:43 PDT)*
Gwen Lee (L.R. guardian and parent)

Dated: August 22, 2024

By: *Rocco Rios (Aug 29, 2024 08:32 PDT)*
Rocco Rios (L.R. guardian and parent)

Dated: August 22, 2024

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
SABRINA M. BERDUX
MARGARET S. SCHROEDER
ZUZANA S. IKELS
Deputy City Attorneys

By: _____
SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM SCOTT; THOMAS HARVEY; and
MATT SULLIVAN

1  Dated: August 29, 2024

2  
3                                              By:_____
                                                Naomi Lopez (C.L. guardian and parent)

4  Dated: August 29, 2024

5                                              By:_____
6                                               (C.L. guardian and parent)

7  Dated: 8/29/2024

8                                              By: *[signature: Thida Pernia]*
                                                ID JstA65dQQwf2fNyvrqZLt9x3
9                                               Thida Pernia (R.P. guardian and parent)

10 Dated: 8/30/2024

11                                             By: *[signature]*
                                                ID gfdY1u3dsT8RHb4Y5GG8mNfS
12                                              (R.P. guardian and parent)

13 Dated: August 29, 2024

14                                             By:_____
15                                              Gwen Lee (L.R. guardian and parent)

16 Dated: August 29, 2024

17                                             By:_____
                                                (L.R. guardian and parent)
18

19 Dated: August 29, 2024

20                                             DAVID CHIU
                                                City Attorney
21                                              JENNIFER E. CHOI
                                                Chief Trial Deputy
22                                              SABRINA M. BERDUX
                                                MARGARET S. SCHROEDER
23                                              ZUZANA S. IKELS
                                                Deputy City Attorneys

24
25                                             By: /s/ Sabrina M. Berdux
                                                SABRINA M. BERDUX
26
                                                Attorneys for Defendants
27                                              CITY AND COUNTY OF SAN FRANCISCO;
                                                WILLIAM SCOTT; THOMAS HARVEY; and
28                                              MATT SULLIVAN

| | |
|---|---|
| Dated: August 22, 2024 | PARTNERSHIP FOR CIVIL JUSTICE FUND |
| | By: /s/ Rachel Lederman |
| | RACHEL LEDERMAN |
| | MARA VERHEYDEN-HILLIARD |
| | |
| | Attorneys for Plaintiffs |
| | J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, on behalf of themselves and all others similarly situated |
| Dated: August 22, 2024 | THE COMMUNITY LAW OFFICE |
| | By: /s/ Gabriela M. Lopez |
| | GABRIELA M. LOPEZ |
| | |
| | Attorneys for Plaintiffs |
| | J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, on behalf of themselves and all others similarly situated |
| Dated: August 22, 2024 | LAW OFFICE OF BOBBIE STEIN |
| | By: /s/ Bobbie Stein |
| | BOBBIE STEIN |
| | |
| | Attorneys for Plaintiffs |
| | J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, on behalf of themselves and all others similarly situated |
| Dated: August 16, 2024 | POINTER & BUELNA, LLP |
| | LAWYERS FOR THE PEOPLE |
| | |
| | By: /s/Ty Clarke |
| | ADANTE D. POINTER |
| | PATRICK M. BUELNA |
| | TY CLARKE |
| | |
| | Attorneys for Plaintiff |
| | R.P. |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: August 30, 2024

                                         Hon. Lisa J. Cisneros
                                         United States Magistrate Judge