UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 23-cv-06524-LJC<br><br>**ORDER REGARDING EXPERT DISCLOSURES FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 96 |

The Court has reviewed the parties' respective positions on expert disclosures for class certification as set forth in their October 17, 2024 status report. ECF No. 96. Plaintiffs' proposal to prohibit the use of expert opinion evidence for that purpose, and Defendants' proposal to set no schedule for disclosure prior to class certification, are both DENIED. Instead, the Court ORDERS as follows.

Any parties that intend to use expert opinion evidence in the context of class certification must disclose the expert(s) they intend to use for that purpose under Rule 26(a)(2) no later than February 18, 2025. Rebuttal experts for class certification, if any, shall be disclosed no later than March 4, 2024.

If Plaintiffs' motion for class certification (due March 18, 2025, per ECF No. 91) includes arguments that Defendants reasonably did not anticipate, Defendants may file an administrative motion for leave to present undisclosed expert opinions no later than March 21, 2025. Plaintiffs must respond no later than March 24, 2025. Both parties' submissions must include their positions on an appropriate briefing schedule if the Court grants Defendants permission to use new expert opinion evidence. If the administrative motion is granted, the Court will extend the briefing

///

schedule—and likely the hearing date—to allow both parties to obtain and present expert opinion evidence.

**IT IS SO ORDERED.**

Dated: October 28, 2024

LISA J. CISNEROS
United States Magistrate Judge