DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
MARGARET S. SCHROEDER, State Bar #178586
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
               (415) 554-3843 [Schroeder]
               (415) 355-3307 [Ikels]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
               deedee.schroeder@sfcityatty.org
               zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>　　　　Defendants. | Case No. 23-cv-06524-LJC<br><br>**STIPULATION AND ORDER REGARDING IN-PERSON HEARING ORDERED PURSUANT TO ECF NO. 104**<br><br>Trial Date:　　　　June 8, 2026 |

In its October 31, 2024 Order (ECF No. 104), the Court set a hearing on the dispute regarding E.J.'s location data at 10:30 a.m. on November 5, 2024, in person in Courtroom G. Counsel for Defendants are unavailable on the date and time set for the hearing. Pursuant to the Court's October

31, 2024 Order, the parties met and conferred and now stipulate and respectfully request that the Court continue the in-person hearing to November 7, 2024 at 11:30 a.m., one of the alternate times graciously offered by the Court in its October 31, 2024 Order.

Dated: November 4, 2024

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
SABRINA M. BERDUX
MARGARET S. SCHROEDER
ZUZANA S. IKELS
Deputy City Attorneys

By: /s/ Margaret S. Schroeder
MARGARET S. SCHROEDER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT; THOMAS HARVEY; and MATT SULLIVAN

Dated: November 4, 2024      PARTNERSHIP FOR CIVIL JUSTICE FUND

By: /s/ Rachel Lederman
RACHEL LEDERMAN

Attorneys for Plaintiffs
J.T., et al.
*Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

**ORDER**

GOOD CAUSE APPEARING THEREFORE based on the above Stipulation of the Parties, IT IS HEREBY ORDERED that the hearing on the dispute regarding E.J.'s location data is continued from 10:30 a.m. on November 5, 2024, to 11:30 a.m. on November 7, 2024, in person in Courtroom G.

Date: November 4, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge