UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-06524-LJC<br><br>**ORDER REGARDING PRODUCTION OF BODY-WORN CAMERA VIDEO AND GEOLOCATION DATA** |

　　　At the case management conference on January 21, 2025, the Court ordered Defendant the City and County of San Francisco (the City) to produce all remaining body-worn camera (BWC) video footage no later than January 31, 2025, with video that the City has not yet reviewed provisionally designated as Attorneys' Eyes Only (AEO). This Order sets the terms for such production and designation, and also briefly addresses geolocation data.

　　　First, all video footage not yet reviewed by the City is provisionally designated AEO. Any BWC footage that the City has already reviewed and determined is inappropriate for AEO designation shall not be subject to the provisional AEO designation. The City must therefore indicate which of the videos it produces are subject to the provisional AEO designation allowed by this Order.

　　　Second, Plaintiffs' counsel are permitted to request by email that the City de-designate certain AEO footage so as to allow counsel to review the footage with their client. Plaintiffs' request shall specify the footage by identifying the officer, Bates number, and any other helpful identifying information. The City shall promptly respond to the request within one business day. The measure is put in place primarily to allow Plaintiffs to review the footage with their counsel to prepare for the depositions, but may also be used in other circumstances if Plaintiffs' counsel

1  believe certain videos may be relevant to Plaintiffs' understanding of the case or to their decisions
2  as to how to proceed with litigation.  If the City does not agree to de-designate video within one
3  business day, Plaintiffs may file an administrative motion seeking de-designation..

4        Third, Plaintiffs may also request the de-designation of footage to allow it to be filed with
5  the Court or provided to Judge Beeler, the Settlement Judge, in order to avoid potentially
6  unnecessary administrative motions to file under seal or restrictions on Judge Beeler's ability to
7  discuss with the parties any material she has reviewed.

8        Fourth, if Defendants withhold any video of other detainees in a more private setting, ECF
9  No. 79 at 19, Defendants shall notify Plaintiffs that such footage has been withheld.  If Defendants
10  inadvertently produce such video as part of a file that has not been fully reviewed, and believe that
11  it should not have been produced, Defendants may request to claw back the video.  If the parties
12  are unable to resolve any disagreement, they may raise any dispute regarding the withholding or
13  requested clawback of such videos by joint letter.

14        Finally, this Order does not fully resolve the issue of the production of BWC geolocation
15  data, which was not addressed at the case management conference.  The Court, however, finds that
16  geolocation data for the footage is highly relevant, and that production of BWC video via
17  Evidence.com is the only "reasonably usable form" of such geolocation data apparent from the
18  record.  *See* Fed. R. Civ. P. 34(a)(1)(A) (requiring a producing party to "translat[e]" electronically
19  stored information to a "reasonably usable form" if necessary); *see also id.* advisory committee's
20  note to 2006 amendment (indicating that Rule 34 should be understood "to protect against [even]
21  inadvertent production in ways that raise unnecessary obstacles for the requesting party").  The
22  parties shall meet and confer by January 24, 2025 to determine how Defendants are able to
23  produce the BWC footage to Plaintiffs via a my.evidence.com account.

24        **IT IS SO ORDERED.**

25  Dated: January 23, 2025

                                                        LISA J. CISNEROS
                                                        United States Magistrate Judge