1  DAVID CHIU, State Bar #189542
   City Attorney
2  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
3  SABRINA M. BERDUX, State Bar #248927
   MARGARET S. SCHROEDER, State Bar #178586
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-3929 [Berdux]
                   (415) 554-3843 [Schroeder]
7  Facsimile:      (415) 554-3837
   E-Mail:         sabrina.m.berdux@sfcityatty.org
8                  deedee.schroeder@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
10 THOMAS HARVEY; and MATT SULLIVAN

11

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14 | J.T., through her father and guardian SAMER    | Case No. 23-cv-06524-LJC
   | TAWASHA; L.R., through her mother and          |
15 | guardian GWEN LEE; C.L., through her           | **STIPULATION AND ORDER TO EXTEND**
   | mother and guardian NAOMI LOPEZ, ON            | **TIME TO FILE JOINT DISCOVERY**
16 | BEHALF OF THEMSELVES AND ALL                   | **LETTER**
   | OTHERS SIMILARLY SITUATED,                     |
17 |                                                | **[ECF NO. 143]**
   |          Plaintiffs,                           |
18 |                                                |
   |          vs.                                   | Trial Date:         June 8, 2026
19 |                                                |
   | CITY AND COUNTY OF SAN                         |
20 | FRANCISCO, WILLIAM SCOTT, THOMAS               |
   | HARVEY, MATT SULLIVAN, and DOES 1-             |
21 | 100,                                           |
   |                                                |
22 |          Defendants.                           |

23

24

25 ///

26 ///

27 ///

28 ///

The parties present this stipulation and proposed order pursuant to United States District Court Northern District Civil Local Rules, Rules 6-1, 6-2, and 7-12. In its January 21, 2025 Order (ECF No. 143), the Court set the deadline for the parties to file a joint discovery letter regarding preservation of Teams messages by February 6, 2025.

On Friday, January 31, 2025, Plaintiffs provided references to BWC video to support their position that Teams messages relevant to the incident were deleted. Such evidence citations had not previously been provided. Plaintiffs requested that Defendants provide additional or supplemental declarations to those already filed at ECF Nos. 130, 131-2, and 131-6. Defendants requested additional time to review the referenced BWC video, research the issue, and to meet and confer in an effort to resolve the dispute informally. Due to the press of other deadlines during the time frame between Friday, January 31, 2025, and the currently set deadline to meet and confer and to submit a joint letter if the dispute cannot be resolved (February 6, 2025), which deadlines include, but are not limited to, submission of the settlement conference statement and preparing for the hearing on Defendants' motion to dismiss in the related R.P. Matter, Defendants requested and Plaintiffs agreed to a one-week extension of time, should the Court so order it.

The parties have agreed to extend the deadline one week to February 13, 2025.

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, that the parties have until January 13, 2025 to file the joint discovery letter.

///

///

///

///

///

///

///

///

///

///

1    IT IS SO STIPULATED.

2

3   Dated:  February 4, 2025

4                                          DAVID CHIU
                                           City Attorney
5                                          JENNIFER E. CHOI
                                           Chief Trial Deputy
6                                          SABRINA M. BERDUX
                                           MARGARET S. SCHROEDER
7                                          Deputy City Attorneys

8

9                                  By:  _/s/  Margaret S. Schroeder_____
                                       MARGARET S. SCHROEDER

10                                     Attorneys for Defendants
11                                     CITY AND COUNTY OF SAN FRANCISCO;
                                       WILLIAM SCOTT; THOMAS HARVEY; and
12                                     MATT SULLIVAN

13  Dated:  February 4, 2025           PARTNERSHIP FOR CIVIL JUSTICE FUND

14

15                                 By:  _/s/  Rachel Lederman_____
                                       RACHEL LEDERMAN

16
                                       Attorneys for Plaintiffs
17                                     J.T., et al.
                                       *Pursuant to L.R. 5-1(i)(3), the electronic filer has
18                                     obtained approval from this signatory.*

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      GOOD CAUSE APPEARING THEREFORE based on the above Stipulation of the Parties,

3      IT IS HEREBY ORDERED that the deadline for the parties to file their Joint Discovery Letter

4  re Microsoft Teams messages is extended from February 6, 2025 to February 13, 2025.

5

6

7

8  Date: February 4, 2023

9                                              _____
                                               THE HONORABLE LISA J. CISNEROS
10                                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28