DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
MARGARET S. SCHROEDER, State Bar #178586
OLIVER J. FONG, State Bar #349974
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
               (415) 554-3843 [Schroeder]
               (415) 554-3906 [Fong]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
               deedee.schroeder@sfcityatty.org
               oliver.fong@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>Defendants. | Case No. 23-cv-06524 LJC<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE**<br><br>Trial Date:        June 8, 2026 |

Stipulation and  Order Case No.
23-cv-06524 LJC

The parties present this stipulation and proposed order pursuant to United States District Court Northern District of California Civil Local Rules 6-1, 6-2, and 7-12.

The parties, by and through their respective counsel, stipulate as follows:

1. According to the Court's December 4, 2024 Order, ECF No. 119, the last day to file Plaintiffs' motion for class certification is May 6, 2025 and hearing for the motion is set for June 10, 2025 at 10:30 AM.

2. In its April 18, 2025 Order, ECF No. 161, the Court resolved the parties' dispute at ECF Nos. 155, 156, and 160 by ordering: "The City may, at its option, either: 1) stipulate that [Captain Tom] Harvey's testimony regarding these topics at his individual deposition may also be deemed to be the City's testimony under Rule 30(b)(6); or 2) produce a witness to testify to these topics at a separate deposition under Rule 30(b)(6). The deposition(s) at issue shall occur no later than April 29, 2025, unless Plaintiffs agree to a later date."

3. The City agrees to stipulate that Captain Harvey's testimony regarding these topics at his individual deposition may also be deemed to be the City's testimony under Rule 30(b)(6).

4. Captain Harvey has a scheduling conflict and is unable to appear for deposition before April 29, 2025.

5. Accordingly, the parties agree to the following extension of the class certification deadlines (including motion and hearing) in order for Plaintiffs to take Captain Harvey's 30(b)(1) deposition:

/ / /

/ / /

/ / /

Stipulation and Order Case No.                    1
23-cv-06524 LJC

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Motion for Class Certification | May 6, 2025 | June 10, 2025 |
| Defendants' Opposition to the Motion for Class Certification | May 20, 2025 | June 24, 2025 |
| Plaintiffs' Reply in support of the Motion for Class Certification | May 27, 2025 | July 1, 2025 |
| Class Certification Hearing | June 10, 2025, 10:00 AM | July 15, 2025, 10:30 AM |

Dated: April 23, 2025

      DAVID CHIU
      City Attorney
      JENNIFER E. CHOI
      Chief Trial Deputy
      SABRINA M. BERDUX
      MARGARET S. SCHROEDER
      OLIVER J. FONG
      Deputy City Attorneys

      By: */s/ Margaret S. Schroeder*
      MARGARET S. SCHROEDER
      Attorneys for Defendants
      CITY AND COUNTY OF SAN FRANCISCO;
      WILLIAM SCOTT; THOMAS HARVEY; and
      MATT SULLIVAN

Dated: April 23, 2025

      PARTNERSHIP FOR CIVIL JUSTICE FUND

      By: */s/ Rachel Lederman*
      RACHEL LEDERMAN
      Attorney for Plaintiffs

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, the ECF filer, attest that I have obtained concurrence in the filing of this documents from the other signatories listed above.

      By: */s/ Margaret S. Schroeder*
      MARGARET S. SCHROEDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 24, 2025

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge