RACHEL LEDERMAN, SBN 130192
MARA VERHEYDEN-HILLIARD, D.C. Bar No. 450031 *appearing pro hac vice*
Partnership for Civil Justice Fund
1720 Broadway, Suite 430
Oakland, CA 94612
415-508-4955
rachel.lederman@justiceonline.org
mvh@justiceonline.org

GABRIELA M. LOPEZ, SBN 288016
The Community Law Office
1720 Broadway, Suite 430
Oakland, CA 94612
415-952-0597
gabriela@oaklandclo.com

BOBBIE STEIN, SBN 113239
503 Dolores St., Suite 201
San Francisco, CA 94110
415-255-0301
Bstein8692@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants. | Case No: 23-cv-06524-LJC<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE** |

The parties, by and through their respective counsel, stipulate as follows:

1. The discovery cut-off in this case is September 30, 2025. Dkt 91. Plaintiffs have

scheduled depositions of the defendants and other police officers for after September 8, the

deadline the Court gave for Defendant to produce the Department of Police Accountability file. (Dkt 196.) Two police depositions are not yet scheduled. Defendants have also scheduled depositions or further depositions during September, including the three named plaintiffs and the two class members who submitted declarations in support of Plaintiffs' class certification motion. Defendants also wish to depose the six parents of the three named plaintiffs, and Plaintiffs' counsel are working on finding dates for those. Additionally, Defendants seek to complete the deposition of former plaintiff and class member E.J. It is challenging to fit all of this in by September 30, even utilizing some Saturdays.

2. Accordingly, the parties jointly stipulate and request that the case management schedule be modified as follows, subject to any adjustments by the Court to accommodate its own schedule:

**Fact discovery cut-off**: Current: Sept. 30, 2025. Proposed new: Oct. 10, 2025.

**Opening expert reports and disclosures**: Current: Oct. 31, 2025. Proposed new: Nov. 7, 2025.

**Rebuttal expert reports and disclosures**: Current: Nov. 14, 2025. Proposed new: Nov. 21, 2025.

**Last day to file dispositive motions and Daubert motions**: Current: Jan. 22, 2026. Proposed new: Feb. 3, 2026.

**Last day to hear dispositive motions and Daubert motions**: Current: Mar. 3, 2026. Proposed new: Mar. 10, 2026.

3. This proposed modification is not intended to change the expert discovery cut-off, pretrial conference, or trial dates.

4. This is the parties' second request to modify the case schedule and first request to modify the discovery cut-off.

It is so stipulated.

Dated: Aug. 20, 2025    PARTNERSHIP FOR CIVIL JUSTICE FUND

By:     /S/
RACHEL LEDERMAN
Attorneys for Plaintiffs

Dated: Aug. 20, 2025    DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
MARGARET S. SCHROEDER
RENEE E. ROSENBLIT
MORGAN E. LEWIS
Deputy City Attorneys

By:     /S/
MARGARET S. SCHROEDER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT; THOMAS HARVEY; and MATT SULLIVAN

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, the ECF filer, attest that I have obtained concurrence in the filing of this documents from the other signatories listed above.

/S/
Rachel Lederman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 21, 2025          _____

UNITED STATES MAGISTRATE JUDGE