1  DAVID CHIU, State Bar #189542
   City Attorney
2  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
3  MARGARET S. SCHROEDER, State Bar #178586
   RENÉE E. ROSENBLIT, State Bar #304983
4  MORGAN E. LEWIS, State Bar #322205
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Sixth Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3843 [Schroeder]
7                (415) 554-3853 [Rosenblit]
                 (415) 554-4224 [Lewis]
8  Facsimile:    (415) 554-3837
   E-Mail:       deedee.schroeder@sfcityatty.org
9                renee.rosenblit@sfcityatty.org
                 morgan.lewis@sfcityatty.org
10
   Attorneys for Defendants
11 CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
   THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>Defendants. | Case No. 23-cv-06524-LJC<br><br>**STIPULATION AND ORDER RE LEAVE TO AMEND COMPLAINT AND ALTER DISCOVERY DEADLINES**<br><br>Trial Date:    June 8, 2026 |

///

///

///

Stipulation and Order Case No.                    1
23-cv-06524-LJC

The parties present this stipulation and proposed order pursuant to United States District Court Northern District Civil Local Rules, Rules 6-1, 6-2, and 7-12. The parties stipulate as follows:

1. Within fourteen days of the Court granting the attached proposed order to amend the operative complaint, ECF No. 24, Plaintiffs shall amend their complaint to (1) add putative class members S.H., a minor boy, and Jack Brundage, an adult male, as named plaintiffs, (2) remove claims that were dismissed by the Court in its Order on Defendants' Motion to Dismiss, ECF No. 66, and (3) specify the Defendant(s) against which every claim is asserted.

2. Defendants shall have sixty days from the date the amended complaint is filed to conduct fact discovery (including depositions and written discovery) regarding Mr. Brundage and S.H. as named plaintiffs. During this same period, Mr. Brundage and S.H. may engage in the following limited fact discovery: they may each serve a total of 25 interrogatories on Defendants as well as RFAs and RFPs. S.H. and Mr. Brundage's discovery requests shall be limited to seeking facts, documents, and admissions specific to S.H. and Mr. Brundage.

3. If Plaintiffs do not amend to add S.H. and Mr. Brundage as named plaintiffs within the time provided in this stipulation, Defendants may take the depositions of S.H. and Mr. Brundage based on their declarations in support of the Motion for Class Certification, even if fact discovery is otherwise closed.

4. The Parties recognize that after the Court issues its order on Plaintiffs' pending Motion for Class Certification, it may be reasonable for the parties to stipulate to allow for Plaintiffs to further amend their complaint. If Plaintiffs seek to make amendments to the complaint other than those described in paragraph one of this stipulation, the Parties will meet and confer to discuss such amendments, and other necessary alterations to the fact discovery deadline.

5. The Parties request that the Court vacate the current expert discovery deadlines to allow the Parties to complete fact discovery before serving their initial expert reports. The Parties request as follows:

///

1  a. Opening expert reports and disclosures, which are currently due November 7, 2025, ECF No. 202, shall be due sixty days from the completion of all fact discovery;

b. Rebuttal expert reports and disclosures, which are currently due November 21, 2025, ECF No. 202, shall be due fourteen days after the opening reports.

c. The close of expert discovery, which is currently set for December 19, 2025, ECF No. 91, shall be twenty-eight days after rebuttal expert reports and disclosures are served.

6. The Parties do not otherwise seek to alter the case schedule at this time.

IT IS SO STIPULATED.

Dated:  September 17, 2025

        DAVID CHIU
        City Attorney
        JENNIFER E. CHOI
        Chief Trial Deputy
        MARGARET S. SCHROEDER
        RENÉE E. ROSENBLIT
        MORGAN E. LEWIS
        Deputy City Attorneys

By: */s/ Margaret S. Schroeder*
     MARGARET S. SCHROEDER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM SCOTT; THOMAS HARVEY; and
MATT SULLIVAN

Dated:  September 17, 2025        PARTNERSHIP FOR CIVIL JUSTICE FUND

By: */s/ Rachel Lederman*
     RACHEL LEDERMAN

Attorneys for Plaintiffs
J.T., et al.
*\*Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

**ORDER**

GOOD CAUSE APPEARING THEREFORE based on the above Stipulation of the Parties, IT IS HEREBY ORDERED that

1. Within fourteen days of this order, Plaintiffs shall amend their complaint to (1) add putative class members S.H., a minor boy, and Jack Brundage, an adult male, as named plaintiffs, (2) remove claims that were dismissed by the Court in its Order on Defendants' Motion to Dismiss, ECF No. 66, and (3) specify the Defendant(s) against which every claim is asserted.

2. Defendants shall have sixty days from the date the amended complaint is filed to conduct fact discovery (including depositions and written discovery) regarding Mr. Brundage and S.H. as named plaintiffs. During this same period, Mr. Brundage and S.H. may engage in the following limited fact discovery: they may each serve a total of 25 interrogatories on Defendants as well as RFAs and RFPs. S.H. and Mr. Brundage's discovery requests shall be limited to seeking facts, documents, and admissions specific to S.H. and Mr. Brundage.

3. If Plaintiffs do not amend to add S.H. and Mr. Brundage as named plaintiffs within the time provided in this stipulation, Defendants may take the depositions of S.H. and Mr. Brundage based on their declarations in support of the Motion for Class Certification, even if fact discovery is otherwise closed.

4. If Plaintiffs seek to make any other amendments to the complaint, other than those identified in paragraph one of this Order, the Parties will meet and confer.

///
///
///
///
///
///
///
///

5. The existing expert discovery deadlines are vacated and rescheduled as follows:

    a. Opening expert reports and disclosures shall be due sixty days from the completion of all fact discovery;

    b. Rebuttal expert reports and disclosures shall be due fourteen days after the opening reports.

    c. The close of expert discovery shall be twenty-one days after rebuttal expert reports and disclosures are served.

Date: September 18, 2025

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge