DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
MARGARET S. SCHROEDER, State Bar #178586
RENÉE E. ROSENBLIT, State Bar #304983
REILLY T. STOLER, State Bar # 310761
MORGAN E. LEWIS, State Bar #322205
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3843 [Schroeder]
              (415) 554-3853 [Rosenblit]
              (415) 355-3302 [Stoler]
              (415) 554-4224 [Lewis]
Facsimile:    (415) 554-3837
E-Mail:       deedee.schroeder@sfcityatty.org
              renee.rosenblit@sfcityatty.org
              reilly.stoler@sfcityatty.org
              morgan.lewis@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100, <br><br> Defendants. | Case No. 23-cv-06524-LJC <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING CERTAIN DISCOVERY DEADLINES** <br><br> Trial Date:              June 8, 2026 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order:

(1) Extending the deadline for the depositions of Plaintiffs S.H. and Jack Brundage and of third parties, Suzanne Schaefer and H.H. to December 31, 2025.

(2) Extending the L.R. 37-3 deadline for discovery motions related to these depositions to January 14, 2026.

(3) Otherwise maintaining the current case schedule, including the fact discovery cutoff of December 1, 2025.

Dated: November 17, 2025

> DAVID CHIU
> City Attorney
> JENNIFER E. CHOI
> Chief Trial Deputy
> MARGARET S. SCHROEDER
> RENÉE E. ROSENBLIT
> REILLY T. STOLER
> MORGAN E. LEWIS
> Deputy City Attorneys
>
> By: /s/ Margaret S. Schroeder
> MARGARET S. SCHROEDER
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO;
> WILLIAM SCOTT; THOMAS HARVEY; and
> MATT SULLIVAN

Dated: November 17, 2025         PARTNERSHIP FOR CIVIL JUSTICE FUND

> By: /s/ Rachel Lederman
> RACHEL LEDERMAN
>
> Attorneys for Plaintiffs
> J.T., et al.
> *Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:

The deadline for completing the depositions of Plaintiffs S.H. and Jack Brundage and of third parties, Suzanne Schaefer and H.H. is extended to December 31, 2025. The L.R. 37-3 deadline for discovery motions related to these depositions is extended to January 14, 2026. All other deadlines in the case shall remain the same.

Date: _____

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge