DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
MARGARET S. SCHROEDER, State Bar #178586
RENÉE E. ROSENBLIT, State Bar #304983
REILLY T. STOLER, State Bar # 310761
MORGAN E. LEWIS, State Bar #322205
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3843 [Schroeder]
              (415) 554-3853 [Rosenblit]
              (415) 355-3302 [Stoler]
              (415) 554-4224 [Lewis]
Facsimile:    (415) 554-3837
E-Mail:       deedee.schroeder@sfcityatty.org
              renee.rosenblit@sfcityatty.org
              reilly.stoler@sfcityatty.org
              morgan.lewis@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT;
THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ; S.H., through his mother and guardian SUZANNA SCHAEFER; and JACK BRUNDAGE; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,<br><br>        Defendants. | Case No. 23-cv-06524-LJC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO AMEND CASE SCHEDULE<br><br>GRANTED AS MODIFIED<br><br>Trial Date:    ~~June 8, 2026~~ |

Having considered the parties joint administrative motion and finding good cause supports amending the case schedule, the Court resets the trial date and pretrial deadlines as follows:

| | |
|---|---|
| Opening expert reports | 2/7/2026 |
| Rebuttal expert reports | 2/20/2026 |
| Expert discovery cut-off | 3/20/2026 |
| Dispositive and *Daubert* Motions | 4/7/2026 |
| Hearing on Dispositive Motions | 5/12/2026 |
| Trial | VACATED |

A scheduling conference will occur on January 15, 2026 at 1:30 PM via Zoom webinar videoconference to set a new trial date.

IT IS SO ORDERED.

DATED: December 22, 2025

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge