UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO, et al.,<br><br>             Defendants. | Case No.  23-cv-06524-LJC<br><br>**ORDER RESCHEDULING TRIAL** |

The Court has considered the parties' positions regarding a rescheduled trial date and their letters addressing hardships caused by the possible dates the Court proposed in August, October, and December of this year.  The Court sets the following dates based on the premise that hardship to Plaintiffs can be mitigated by allowing any Plaintiffs or (to the extent they will testify) other class members who are living or attending school outside of the San Francisco Bay Area to testify remotely by videoconference.  The Court might also allow for distant Plaintiffs to observe trial remotely, but has not reached a decision as to whether that is feasible, permissible, or appropriate. If Defendants wish to preserve any objection to such remote testimony or observation, they must file notice to that effect no later than one week from the date of this Order.  If Defendants file such notice, the Court intends to reset the trial for August.  If Defendants do not file such notice, the Court will deem any such objection waived.

The final pretrial conference will occur on Friday, October 9, 2026 at 1:30 PM.  The parties are referred to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc/.

Jury selection will occur on Friday, October 16, 2026 at 8:00 AM.

Trial will begin on Monday, October 19, 2026 at 8:00 AM and end on Thursday,

United States District Court
Northern District of California

November 5, 2026, excluding Fridays.

Summary judgment and other dates remain as set by the Court's December 22, 2025 Order adopting the parties' stipulation.  ECF No. 228.

The parties are directed to file a stipulation and proposed order attaching a revised form of class notice that includes the trial date set by this Order no later than one week from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 30, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2