UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., ET AL.,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>     Defendants. | Case No: 23-cv-06524-LJC<br><br>**[~~PROPOSED~~] ORDER FOR DISSEMINATION OF CLASS NOTICE** |

The Court has reviewed the parties' Further Revised Stipulation for Dissemination of Class Notice, and the exhibits thereto. Pursuant to the stipulation of the parties, and good cause appearing therefor, the Court approves the form and content of the proposed notices, as follows:

(a) The Court finds that the Class Website (Exhibit 2 to the Further Revised Stipulation), in conjunction with the proposed Postcard Notice (Exhibit 1 to the Further Revised Stipulation) and Text Notice (Exhibit 3), will fully and accurately inform potential Class Members of the class action and the right to be excluded from the Class.

(b) No later than fourteen (14) days from the date of this Order, Class Counsel shall cause the Class Administrator to distribute the Postcard Notices to all potential Class Members by first class mail, at the addresses provided by Defendants, as well as to any more current addresses turned up in the change of address search to be conducted by the Class Administrator. Based on the dates of birth furnished by Defendants, the postcards will be addressed to "Parent or Guardian of [class member name]" for those class members who are still minors. The postcards will be addressed directly to those class members who were adults at the time of the arrest or are

now at least 18. Class members who are still minors, and have not been emancipated, will only be able to opt out of the class action through an exclusion form signed by a parent or guardian who is over 18.

(c) The Court finds that the proposed plan to distribute notice, set forth in the Further Revised Joint Proposal and exhibits thereto, provides the best notice practicable under the circumstances, constitutes due and sufficient notice to the Class, and complies with the requirements set forth under Fed. R. Civ. P. 23 and any other applicable law.

(d) The Court expressly authorizes the Class Counsel Partnership for Civil Justice Fund and the Class Administrator, Analytics Consulting LLC, to cause text notices to be sent to such phone numbers as are known to Counsel or have been provided by Defendants, for each potential class member, and to the parents or guardian of each potential class member who is or was a minor at the time of arrest. Such text communication of official class notice, authorized by the Court, is being sent by a nonprofit organization for a non-commercial purpose and does not violate the Telephone Consumer Protection Act.

(e) The Court expressly authorizes Class Counsel to send additional notice via email.

(f) Any requests for exclusion shall be postmarked no later than 60 days from the date the notice is mailed. Class Counsel shall transmit copies of any requests for exclusion to Defendants' counsel within fourteen days of this deadline.

IT IS SO ORDERED.

Dated: ___February 4, 2026___     _____
                                  Lisa J. Cisneros, United States Magistrate Judge

NO. 23-CV-06524-LJC | [PROPOSED] ORDER FOR DISSEMINATION OF CLASS NOTICE | 2