UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants. | Case No: 23-cv-06524-LJC<br><br>**ORDER AS MODIFIED MODIFYING CASE SCHEDULE** |

Pursuant to stipulation, and good cause appearing therefor, the case schedule is modified as follows:

**Deadline to file dispositive and Daubert motions: April 16, 2026**

**Deadline to file opposition to dispositive and Daubert motions: May 7, 2026**

**Deadline to file reply briefs, if any: May 14, 2026**

**Hearing date on dispositive and Daubert motions: June 4, 2026, at 3:00pm**

**IT IS SO ORDERED.**

Dated: March 24, 2026    _____

    UNITED STATES MAGISTRATE JUDGE

No. 23-cv-06524-LJC | ORDER MODIFYING CASE SCHEDULE