DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
MARGARET S. SCHROEDER, State Bar #178586
RENÉE E. ROSENBLIT, State Bar #304983
REILLY T. STOLER, State Bar # 310761
MORGAN E. LEWIS, State Bar #322205
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3843 [Schroeder]
(415) 554-3853 [Rosenblit]
(415) 355-3302 [Stoler]
(415) 554-4224 [Lewis]
Facsimile: (415) 554-3837
E-Mail: deedee.schroeder@sfcityatty.org
renee.rosenblit@sfcityatty.org
reilly.stoler@sfcityatty.org
morgan.lewis@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; WILLIAM SCOTT; THOMAS HARVEY; and MATT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.T., through her father and guardian SAMER TAWASHA; L.R., through her mother and guardian GWEN LEE; C.L., through her mother and guardian NAOMI LOPEZ; S.H., through his mother and guardian SUZANNE SCHAEFER; and JACK BRUNDAGE; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, WILLIAM SCOTT, THOMAS HARVEY, MATT SULLIVAN, and DOES 1-100,

Defendants.

Case No. 23-cv-06524-LJC

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL**

Trial Date: October 19, 2026

Having considered the papers and argument in this matter, the Court grants Defendants' Administrative Motion. Accordingly, the Court vacates the October 19, 2026 trial date, the October 16, 2026 jury selection date, the October 9, 2026 pretrial conference, and all of the related deadlines. ~~To reschedule trial and related deadlines, the Court will set a trial scheduling conference within 30 days of the date the Court issues its order on Defendants' pending motion for summary judgment (or as soon thereafter as the Court is available).~~ The Court sets the following new dates, however they are subject to further modification. The parties shall appear for a further Case Management Conference on October 22, 2026. A joint case management conference statement is due by October 15, 2026.

| | **Previous Schedule (ECF 236)** | **New Schedule** |
|---|---|---|
| **Pretrial conference** | October 9, 2026 at 1:30 p.m. | June 4, 2027 at 1:30 p.m. |
| **Jury selection** | October 16, 2026 at 8:00 a.m. | June 11, 2027 at 8:00 a.m. |
| **Trial** | October 19, 2026 at 8:00 a.m., and end on Thursday, November 5, 2026, excluding Fridays | June 14, 2027 at 8:00 a.m., and end on Thursday, July 1, 2027, excluding Fridays |

**IT IS SO ORDERED.**

Dated: August 20, 2026

HONORABLE LISA J. CISNEROS
United States Magistrate Judge